United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

§        Case No. 4:22-mj-107

In re Sealed Search Warrant        §
§

## ORDER TO PARTIALLY UNSEAL SEARCH WARRANT AND RELATED DOCUMENTS AND TO EXTEND SEALING ORDER

The Government's Motion to Partially Unseal Search Warrant and Related Documents and to Extend Sealing Orders is hereby GRANTED.

It is hereby ORDERED that the Clerk shall unseal the Government's Motion to Partially Unseal Search Warrant and Related Documents and to Extend Sealing Order and Exhibit 1 thereto.

It is further ORDERED that, to maintain the integrity of the ongoing investigation and to protect the privacy and due process rights of uncharged individuals and entities, all other papers and documents filed in connection with the above-captioned Search Warrant and Application for a Search Warrant shall continue to be SEALED for 180 days from the date of this Order.

SO ORDERED this __3rd__ day of July, 2024.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS